David L. Miller, Bar No. 3736
849 W. Hill Field Road, #202
Layton, Utah 84041
Telephone: (801) 447-8777
Facsimile: (801) 447-8456
E-mail: davidlmillerpc@msn.com
      Chapter 7 Trustee

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF UTAH
### NORTHERN DIVISION

| In re: | |
|---|---|
| **DUSTIN O. NEILSON,** | Bankruptcy No. 08-28153 |
| **TINA M. NEILSON,** | **(Chapter 7)** |
| **Debtor(s)** | Judge Judith A. Boulden |
| | Filed Electronically |

## TRUSTEE RESPONSE TO MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.'s MOTION FOR RELIEF FROM AUTOMATIC STAY AND NOTICE OF ABANDONMENT

    David L. Miller, Trustee of the above-referenced bankruptcy estate, hereby responds to the creditor's motion for relief from the automatic stay, by stating that, based on the information available to the Trustee, he has determined that the debtor(s) have no equity in the subject real property (4116 North 125 West, Pleasant View, UT 84414-1150), that could be realized for the benefit of unsecured creditors.

    Pursuant to 11 U.S.C. § 554, the Trustee has found the above-described property burdensome to the estate, and of inconsequential value to the estate. Trustee's abandonment shall be effective twenty-five days from today's date unless a party in interest objects to such abandonment, filing the objection with the Bankruptcy Court in Salt Lake City and scheduling a hearing on objection.

DATED this 30th day of December, 2008.                   /s/ david l. miller
                                                                            DAVID L. MILLER, Trustee

BNC-OA